SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **WENDY MELTON,**<br><br>                    Plaintiff,<br><br>     v.<br><br>FIRST SAVINGS BANK; et. al.,<br><br><br><br>                    Defendants. | Case No.: 5:16-CV-05727-LHK<br><br>STIPULATION TO DISMISS DEFENDANT FIRST SAVINGS BANK; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Wendy Melton and defendant First Savings Bank, that First Savings Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT FIRST SAVINGS BANK; ~~PROPOSED~~ ORDER - 1

DATED: March 1, 2017            Sagaria Law, P.C.

                                By:  /s/ Scott Johnson
                                        Scott Johnson
                                Attorneys for Plaintiff
                                Wendy Melton


DATED: March 1, 2017            Simmonds & Narita LLP


                                By:  /s/ Liana Mayilyan
                                        Liana Mayilyan
                                Attorneys for Defendant
                                First Savings Bank


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Liana Mayilyan has concurred in this filing.

/s/ Elliot Gale


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant First Savings Bank is dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.


DATED: March 3, 2017            _/s/ Lucy H. Koh_
                                LUCY H. KOH
                                UNITED STATES DISTRICT JUDGE


STIPULATION TO DISMISS DEFENDANT FIRST SAVINGS BANK; PROPOSED ORDER - 2